

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

3/25/2019   NF

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

DEC 21 2018 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Juan C. Rodriquez

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs. 3236

SGt. SMith #3236, SGt.
Doody #319, SGt. Rafferty
Officer Rother, Officer
Monroe, nurse locke,
nurse Jane Doe

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:18-cv-08409
Judge: Charles R. Norgle, Sr.
Magistrate Judge: Sidney I. Schenkier

Case    PC 5    _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.**   **Plaintiff(s):**

A.   Name: Juan C. Rodriguez

B.   List all aliases: _____

C.   Prisoner identification number: 20180331071

D.   Place of present confinement: Cook County Jail

E.   Address: P.O Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Smith

Title: Sgt.

Place of Employment: Division Ten "First Shift"

B.   Defendant: Doody

Title: Sgt

Place of Employment: Division Ten "First Shift"

C.   Defendant: Rafferty

Title: Sgt.

Place of Employment: Div. Ten "First Shift"

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Juan C. Rodriguez

B.  List all aliases: _____

C.  Prisoner identification number: 2018033107

D.  Place of present confinement: Cook County Jail

E.  Address: P. O Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Rouba

Title: Officer

Place of Employment: DIV- ten Cook County Jail 4'Shift

B.  Defendant: Monroe

Title: Officer "First Shift"

Place of Employment: DIV-ten Cook County Jail 1 Shift

C.  Defendant: Nurse locke

Title: nurse

Place of Employment: DIV-ten Dispensary

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

NAME:   Juan C. Rodriguez

ID:   20180331071

Place of Present Confinement: ccdoc  Chicago  IL 60008

Denfendants

Denfendants: Jane Doe

Title: nurse

Place of Employment : Division ten Dispensary

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: ___ 2015 _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   _Juan C. Rodriguz_

D. List all defendants: ___ Tom Dart, el al. _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _Charles R. Norgle, Sr_

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___ Settle out _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1:18-CV-06

B. Approximate date of filing lawsuit: 10/11/2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Juan C. Rodriguez

D. List all defendants: TOM Dart, et al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Charles R. Norgle, Sr

G. Basic claim made:

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 9-16-18 My left ear Started hurting and I notice there Was draanish Coming out My left ear. I hurry on and put in a yellow Slip, 9.17.18 the Following day the Dreaning and Pain Continue, That Morning I inform a C/O by the name of Queash, Which Called down to the dispensery and was told to tell Me to put in a yellow Slip So I did, once again.  I also Spoke with Sgt. Smith about the dreaninsh and Pain, he inform Me that there ann't Much he can do Since he's not they boss down at CISPensary.  He went on to tell Me to Put in a yellow Slip Which I did and to Speak with the nurse once She came on ther to Pass Meds.  Once the Nurse came up I knew she wasn't Going to do anything because I had Spoken with nurse locke once before because She asign to 4D Div-10 and all she did was lie to Me - Stating She going to get Me down and never did - But I Still inform her again and even told her to look in My

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ear's because the drainish is bad and pain, she
She inform me she will look to see if I have a
docter appointment and to keep putting in yellow slips—
not hearing at all about my issue, I kept telling
her how bad the pain is and the drainish She didn't
and walked off. 9.18.2018 at 7AM I inform Officer
S. Klinger about my situation, how hard is been
for me to sleep due to my left ear draining and now
my right ear is draining as well and the pain is
not allowing me to sleep. I explain how I put in
yellow slips, spoke with nurse locke and SGT. Smith
on 9.17.18 Officer S. Klinger explain that I should
be going down that I'm on they sick call list. As time
was getting later I kept asking why am I not being
called, he told me he can't sure why so he called and
spoke with SGT. Rafferty which he told me she said there
ain't much they can do. I inform C/O Klinger that
I can't go in the cell with now both ear's in much
pain and draining really bad he even seen both my
ear's draining and inform me—Maybe thats the way
I get down to Cermak so do what you have to do— Once he
got done locking everyone up in there cell he called over

5                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

his radio that there are refusal. SGt. Smith, SGt. Doody SGt. Rafferty Officer Raba and Monroe, there was a few other officers who name I'm not sure of, I heard Officer Klinger explain to every one there the reason I aint locked up and how he called down to the dispensary and they refused to see me. I heard SGt. Doody say he needs to lock up and thats when they walked in telling me to lock up — I inform them that I'm not locking up, I'm in alot of pain and being refused medical attention and I can't take the pain. I set my self on the floor not being aggressive tewards no one officers try to grab me while I was on the floor, I then held the stool and SGt. T. Smith who has been well aware of my situation from days before sprayed me excessively with mace all over my face and body. I was then told to cuff up and couldn't see due to the mace when officers Raba "who name I saw when I had a chance to open my eyes because I kept being pushed and was pushed into the door frame while trying to walk, both officers where being very ruff, pushing me and forceing me to walk fast knowing I couldn't see once they push me into the

5                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

door frame and hit my nose, I told them they just hit my nose hard on the frame they got even more mad and aggresive while on the elevater they ram the top of my head on the corner really hard and kept lifting my arms and being aggresive, I knew that it was the corner of the elevater because they told me face the corner were I can see plus the shape and I felt how I hit. Is all on video as well. Once I got to the level floor I was going to they kept being overly aggresive, calling me names. I got to a room and they tell me to get down on my knees and they turnt the water on for like ten seconds to wash off O.C, they then told me to get up still unable to see and the aggresive pushing started again, I felt real dizzy, confused for a while, face and body burning I went down to the floor and felt someone kick me really hard on my legs. As soon as I got to dispensary I told the nurse about my ears, I feel dizzy, confused and was shaking alot, the nurse along with c/os Ralba and Monroe said I'm only there to get clear on O.C situation put in a yellow slip for any other issues. I was put into my cell within ten min of the whole situation while in the cell I kept washing my face and body trying to open my eye's and stop the burning, minutes later a officer told me to pack my things. While I was at the bull pin I told Sgt. Doody why haven't I been taken into the dispensary, my nose and top of my head hurts badly due to his c/o's ramming my nose and head on elevater.

He then came in with a camera and recorded my statement never taking me to Dispensary or cermate. I was transfer over to Division 9 Seg 1-H I inform all C/o's about my situation they gave me yet another yellow slip and put it in. On 9/19/18 I went to hear my ticket, I explain to the hearing broad officer why I refused and later that day I was called down to Div. 9 Dispensary both my ears had a bad ineffection & was given medication and ear drops and also later that day I was let out of Seg and moved to Div. 11 DH 3/0 Docter also looked over my nose and head everything checked out good.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

All Defendants be held accountable for they action, Nurses, C.O. well. Also compensate of 250,000 or better. Train officers better when medical issues are going on, with inmates so we can get better attention and not be left for days in pain

VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___11___ day of __Dec__, 20 18

_____
(Signature of plaintiff or plaintiffs)

Juan F. Rodriguez
(Print name)

20180331071
(I.D. Number) P.O Box 089002
Chicago IL 60608
Div. 11 DH 310
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: Rodriguez | PRINT - FIRST NAME *(Primer Nombre)*: Juan | INMATE BOOKING NUMBER *(# de identificación del Preso)* 2018 0331071 |
|---|---|---|
| DIVISION *(División)*: 11 | LIVING UNIT *(Unidad)*: DH | DATE *(Fecha)*: 9/21/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue must not be one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotados todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* 9/18/18 | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* 1:00 PM | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* DIV-10 4D | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* SGt. Smith, SGt. Doody, SGt Rafferty, Officer Rouba, officer Monroe and other officer's |
|---|---|---|---|

On 9/18/18 I Spoke with officer Klinger which was working 4D, At 7:00AM while C/o klinger was doing his count I Juan C. Rodriguez inform him of my on going pain since Sunday 9/16/18, I explain that I put in a yellow slip Sunday and Monday 9/17/18, I also talked with a few nurse's. Nurse Loko I Spoke to a few times about my ear's hurting and draining, I told her I been putting in yellow slips to get down to get my ear's check cause it has been on going issue yet I was being told nothing was wrong days later or a week later I had drainish coming out my ear's. officer Klinger who was real helpful kept calling SGt. and

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* C/o Klinger | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 9/25/18 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Rodriguez | Juan | 20180331071 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 11 | DH | 9/21/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW.)
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

down to the healthcare, they inform officer Klinger that I'm on they sick call list but never was called down. During my time out the cell he inform me nurse locke said I should be called down, I later learn she lied. I was in so much pain I inform the C/o that I will not go in the cell, I been in pain for 3 days and both my ear's are draining bad I need to see a nurse so they can check my ear's I refuse to lock up Sgt. Doody along with Sgt. Smith which I also talked to on 9/17/18 about my ear's was there along with Sgt. Rafferty, C/o Rouba C/o Monroe and a few other C/o's. Sgt. Doody inform me to lock up I told him

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)*: |
|---|---|
| C/o Klinger | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| A. Winston | | 9/25/18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)      (WHITE COPY – INMATE SERVICES)      (YELLOW COPY – CRW/PLATOON COUNSELOR)      (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Rodriguez | Juan | 20180331071 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 11 | DH | 9/21/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

I will not lock up I need Medical attention Sgt. Smith then Mace me excessively in my face mouth and chest area, I then was cuff couldn't see anything the officer's which one I remember to be officer Rouba hit my face on the door frame and both officers were overly pushing me with alot of force on the elevator they ram the top of my head to the corner really hard. I was not doing any wrong beside finding my way around while Mace on my eyes Sgt. Rafferty threaten to taser me for no reason. I couldn't see where I was going, I was getting threaten by officer Rouba and being called mean names. I was only allow

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE : *(Firma del Preso)*: |
|---|---|
| C/o Klinger | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 9/25/18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)      (WHITE COPY – INMATE SERVICES)      (YELLOW COPY – CRW/PLATOON COUNSELOR)      (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Rodriguez | Juan | 2018053307 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 11 | DH | 9/21/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue must not be one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain more than one issue.

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 9/18/18 | 1 PM | DIV-10 4D | SGt, Smith, Sgt Doody SGt Rafferty C/o Rouba and Clo Monroe along with other officers |

to wash my face for like ten seconds and someone turned the water off on me and by the elevator I fell and one of the officers kicked me really hard. I told the nurse who saw me to check my nose and top of my head, I told her I was kicked and about my ear's she said I'm only there to get clear for the Mace I was soon taken to my cell. Then an hour later taken to DIV-9 I-H seq I heard my ticket the next day and saw doctor, I was release from seg the same day I heard my ticket and found out I did have an ear infection I was give ear drops. Please And later Moved to DIV-11 DH

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| C/o Klinger | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Winston | | 9/25/18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)      (WHITE COPY – INMATE SERVICES)      (YELLOW COPY – CRW/PLATOON COUNSELOR)      (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

0399701
2cO

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018 11858 | 0399701 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Rodriguez

**INMATE FIRST NAME** *(Primer Nombre):* Juan

**ID Number** *(# de Identificación):* 2018 0331071

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 2cO Misconduct (physical) by Sworn Staff

**IMMEDIATE CRW RESPONSE (if applicable):** Per CRW's Conversation with Inmate Rodriguez Div 9 dispensary Hall addressed his original Medical concerns. CHS form provided for further

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** DPR IS

**DATE REFERRED:** 9/25/18

## RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** SUPV L FENDERSN

**SIGNATURE:**

**DIV./DEPT.:** IS ADMIN

**DATE:** 9/25/18

## THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 9/25/18

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* _____/_____/_____

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes *(Si)* ☐   No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):*

**DATE** *(Fecha):* _____/_____/_____

## THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* _____/_____/_____

(FCN-40b) ( AUG 16)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – C.R.W.)          (PINK COPY – INMATE)

10/30/18

On 9/25/18 I was Putting in a Grievence for 2 co Misconduct (Physical) by Sworn Staff. CRW Winsten come back with the Grievence later that day, and also came with Grievence Response / Appeal form. When I asked Ms. Winsten if I should Appeal my Grievence today, she told me that I don't have to because CRW is going to Review and investigate everything and will get back to me. On 10/31/18 I spoke with Ms. Reid and inform her about my Grievence and why is it taking long to hear back from CRW with a response. She inform me that I was supposed to Appeal the Grievence the same day. Now I'm left without being able to Appeal, the Misconduct the officer's did and how I was treated due to Ms. Winsten CRW Mistake. I would like to move forward with my Grievence and would like to know what can I do So these officers who kick me, Push me, hit me be held responsable for they wrong doing and everything was caught on Camera. I would like to know Since CRW gave me the wrong information how can I go on with the Grievence. Plus on the response by Personal Handling wasn't never filled out so I May Appeal.

Respectfully, JuAn C. Rodrieguez

ID # 2018 0331071

DIV. 11 DH 310



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**    *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Rodriguez | Juan | 20180331071 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 10 | 4D | 9/17/18 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| on going | 9:30AM 10AM | DIV - 10 | Nurse Locke |

n 9/17/18 around 9:30AM I spoke with SGT. Smith about my on going ear pain, he inform there ain't much he can do, wait on till nurse come up to do Med pass and let her know, around 10AM nurse Locke came. I spoke with her once before about my issue, told me put in a yellow slip which I did. Last night I had drainning coming out my left ear and I'm still in alot of pain. She nurse Locke told me she will see if I have a appointment to see the Doctor, I inform her that I can't nurse Locke refused to look at my ear. This has been an on going problem now for months and all they keep telling me there ain't nothing wrong.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* C/O Oversh SGT. Smith | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

2018

| CONTROL NUMBER | INMATE # |
|---|---|
| 11630 | 039970 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Ledesrieg

**INMATE FIRST NAME** *(Primer Nombre):* Jeion

**ID Number** *(# de Identificación):* 18-0533071

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 0200 Medical Treatment

**IMMEDIATE CRW RESPONSE (if applicable):** Dispensary Notified

**CRW/ REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):* Cermak

**DATE REFERRED:** 9/20/18

## RESPONSE BY PERSONNEL HANDLING REFERRAL

HSRF submitted 9/18 + seen 9/19 + referred to provider and seen 9/19. Received antibiotic + Ibuprofen orders. Record reflects you are now receiving drops.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel

**SIGNATURE:** Susan Shebel RN

**DIV./DEPT.:**

**DATE:** 9/25/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Xi

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 10/1/18

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 10/01/18

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)* Very true but at first I was being deny medical attention which is why I submitted in my grievance because I was left for longer then two days with pain.

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Si)* ☐ No ☒ *(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)* Response Sustained

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):*

**DATE** *(Fecha):* 10/3/2018

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 10/18/18

(FCN-40b) ( AUG 16)      (WHITE COPY – INMATE SERVICES)      (YELLOW COPY – C.R.W.)      (PINK COPY – INMATE)



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| | |
|---|---|
| NAME (Last, First, M.I.): Rodriguez, Juan C. | AGE: 33 | DATE OF BIRTH: 08·12·1985 | HOME #: 847)217-8199 |

HOME ADDRESS: 319 N. Spring St.
CITY: Elgin
WORK/OTHER #:

STATE: IL    ZIP CODE: 60120    STATE I.D./D.L. #:    STATE OF ISSUANCE:

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

DATE OF INCIDENT: 9/18/2018    TIME OF INCIDENT: 1:00PM

LOCATION OF INCIDENT: Division 10    4D

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Sgt. Smith Div-10    Sgt. Doody Div-10    Sgt. Rafferty Div-10
Officer Rouba Div-10    Officer Manrel Div-10
Nurse Locke Div-10 Dispensary

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☒ YES  ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Officer Klinger #7590 | Div-10 2700 S. California Ave | Div-10 4D |
| Via Camera on Div-10 4D | | |
| Recorded Statement Made by me | | |
| Officer Qwesh Div-10 4D | | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On 9-16-2018 my left ear started hurting and I notice there was brownish coming out my left ear. I hurry on and put in a yellow slip, 9/17 is the next day the draining and pain continue, that morning I inform a C/O by the name of Qwesh which I called down to the dispensary and was told to tell me to put in a yellow slip so I did once again. I also spoke with Sgt. Smith about the brownish and pain, he inform me that there ain't much he can do since he's not their boss down at dispensary he went on to tell me to put in a yellow slip which I did and to speak with the nurse once she came on tier to pass meds. once the nurse came up I knew she wasn't going to do anything because I had spoken with nurse locke Div-10 once before and all she did was lie to me~ Stating she going to get me down + never did~ But I still inform her again and even told her to look in my ears because the drainish is bad & pain she inform me she will look to see, if I have a docter appointment and to keep putting in yellow slips~ not caring at all about my issue, I kept telling her how bad the pain is and the drainish she didn't care and Just walked off~ look at cameras Div-10 Hallway ☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____    RECEIVED BY: _____
IAD/IG #: _____

**Complaint Narrative (Continued)**

9-18-2018 at 7:00 AM, I inform officer S. Klinger about my situation, how hard is been for me to sleep due to my left ear draining and now my right ear is draining as well and the pain is not allowing me to sleep. I explain how I put in yellow slip, spoke with Nurse Locke and Sgt. Smith on Gr 17,18. Officer S. Klinger explain that I should be going down that row on they sick call list, as time was getting later I kept asking why am I not being called, he told me he can't sure why so he called and spoke with SGt. Rafferty which he told me she said there can't much they can do., I inform Clo Klinger that I can't go in the cell with both ear's new in much pain and draining really bad, he even saw both my ears draining and inform me - Maybe thats the way I get down to Cermak so do what you have to do - once he got done locking every one up in there cell he called over his Radio that there one refused. SGt. Smith SGt. Doody and SGt. Rafferty, officer Rouba and Monroe who's name I learn by my disciplinary report and there was a few other officers who name I'm not sure of, I heard officer Klinger explain to all SGt. and Clo's the reason I can't lock up and how he called down to the dispensary and they refuse to see me, I heard SGt. Doody say he needs to lock and thats, when they walked in telling me to lock up - I inform them that I'm not locking up I'm in alot of pain and being refuse Medical attention and I can't take the pain, I set my self on the floor not being aggressive towards no one officers try to grab me while I was on the floor then held the stool and SGt. Smith who has been well aware of my situation from days before sprayed me excessively with the mace all over my face and body. I was then told to cuff up and couldn't see due to the mace when officers Rouba who name I saw when I had a chance to open my eye's because I kept being pushed and was pushed into the door frame while trying to walk, both officers where being very ruff, pushing me and forcing me to walk fast knowing I, couldn't see, once they push me into the door frame and hit my nose i told them that I just hit my nose hard on the frame they got even more mad and aggressive while on the elevator they ran the top of my head on the corner really hard and kept lifting my arms & being aggressive, I knew it was the corner of the elevator cause they told me face the corner like I could see so they put me in the corner them selves, once I got to the level floor

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

I have read this statement that I have voluntarily made, consisting of __3__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. JUAN C. RODRIGUEZ

(Print Name)

Complainant's Signature: _____  Date: 11-14-18

State of Illinois )
County of Cook )

Signed and sworn to before me on 11/14/18 by _____
(date)                                  (name of person making statement)

OFFICIAL SEAL
(notary seal)
G REID
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/04/22

_____
(signature of notary public)

oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL 60608

**Complaint Narrative (Continued)**

I was going to they kept being overly aggressive, calling me names, I got to a room and they told me to get down on my knees and they turn the water on for like ten seconds, to wash off a/c for only ten seconds, they then told me to get up still unable to see and the aggressive pushing started again, I felt real dizzy, confused for a while, face and body was burning I went down to the floor and felt someone kick me really hard on my legs. As soon as I got to dispensary I told the nurse about my ears, I feel dizzy, confused and shaking alot the nurse along with officers Rouba and Plance said my only there to get clear on the mace situation put in a yellow slip for any other issues. I was put into my cell within ten min of the whole situation. While in the cell I kept washing my face & body trying to open my eyes and stop the burning. Minutes later a officer told me to pack my things. While I was down at the bull pin I told Sgt. Doody why haven't I been taken into the dispensary, my nose and top of my head hurts bad due to his clo's ramming my nose on door frame and the top of my head on elevator. He then came in with a camera and recorded my statement never taking me to dispensary or canteen I was transfer over to Div-9 Seg 1-H I inform all clo's about my situation they gave me yet another yellow slip and I put it in. On 9/19/2018 I went to hear my ticket, I explain to the hearing broad office why I Refuse later that day I was called down to Div-9 Dispensary both my ears had a bad infection I was given my medication and ear drops and later that day I was also let out of Seg and moved to Div-11 DH 310. Doctor also looked over my nose and head everything checked out good.

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of __3__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. _Juan C. Rodriguez_

(Print Name)

Complainant's Signature: _____    Date: __11.18.18__

State of Illinois )
County of Cook )

Signed and sworn to before me on __11/14/18__ by _____
(date)                          (name of person making statement)

OFFICIAL SEAL
G REID
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/22

(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608

Juan C. Rodriguez #2018053104
Div. 11 D H 310
P. O Box 089002
Chicago IL 60608

2018 DEC 21  AM 8: 34
CLERK
U.S. DISTRICT COURT

1:18-cv-08409
Judge: Charles R. Norgle, Sr.
Magistrate Judge: Sidney I. Schenkier
PC 5

Office
Clerk of the
United St
Chicago